# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

DOROTHY DANIELS,

                Plaintiff,

v.                                      CIVIL ACTION NO. 2:14-CV-15955

MENTOR WORLDWIDE LLC, et al.

                Defendants.

# MEMORANDUM OPINION AND ORDER

Pending is Defendant Coloplast Corp. ("Coloplast") and Mentor Worldwide, LLC's ("Mentor") Motion to Dismiss Pursuant to FRCP Rule 37, filed August 3, 3018, 2018. [ECF No. 13]. In the Motion, defendants Coloplast and Mentor move to dismiss plaintiff's claims against them with prejudice for failure to serve and file a plaintiff fact sheet. Plaintiff has not responded.

The court finds, pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am., Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), the plaintiff's claims against Coloplast and Mentor should be dismissed without prejudice for failure to serve and file a completed plaintiff fact sheet in compliance with the court's previous pretrial order.

Therefore, the court **ORDERS** that the Motion to Dismiss [ECF No. 13] is **GRANTED in part to the extent Coloplast and Mentor seek dismissal** and **DENIED insofar as Coloplast and Mentor seek dismissal with prejudice.** The court **ORDERS** that Coloplast and Mentor

are dismissed without prejudice. No additional defendants remain, and the Clerk is **DIRECTED** to dismiss and strike the case from the active docket.

The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 18, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE